IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01923-PAB-GPG

ESTATE OF NATHAN TIMOTHY SIMON, by and through
its personal representative, et al.,

      Plaintiff(s),

v.

SHERIFF JAMES VAN BEEK, in his official and individual
capacities; et al.,

      Defendant(s).

---

## NOTICE OF INTERLOCUTORY APPEAL
---

Defendants Sheriff James Van Beek, Gregory Van Wyk, Mike McWilliams, Scott Peterson, Dustin Oakley, in their individual capacities, ("ECSO Appellants") by and through undersigned counsel, Josh A. Marks and David J. Goldfarb of Berg Hill Greenleaf Ruscitti LLP, and pursuant to Fed. R. App. P. 3 and 4, hereby appeal to the United States Court of Appeals for the Tenth Circuit from this Court's October 27, 2022 Order on the ECSO Appellants' Motion to Dismiss (ECF No. 122) denying their Motion to Dismiss (ECF No. 69) on the Plaintiffs' 42 U.S.C. § 1983 and state tort claims.

The portion of the Court's Order denying the Defendants' qualified immunity from the Plaintiffs' § 1983 claims falls within the small class of cases appealable under 28 U.S.C. § 1291 even though they do not terminate the litigation. The Supreme Court has consistently held that any adverse district court decision raising a legal question concerning a defendant's entitlement to qualified immunity may be appealed on an interlocutory basis pursuant to the collateral order

doctrine.  *Ashcroft v. Iqbal*, 556 U.S. 662, 671-73 (2009) (finding interlocutory appeal appropriate on denial of a motion to dismiss asserting qualified immunity); *Behrens v. Pellitier*, 516 U.S. 299, 306-07 (1996); *Workman v. Jordan*, 32 F.3d 475, 478 (10th Cir. 1994) (same).

The filing of this notice of appeal confers jurisdiction on the court of appeals and divests this Court of its control over "those aspects of the case involved in the appeal."  *Stewart v. Donges*, 915 F.2d 572, 574 (10th Cir. 1990) (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (per curiam)).  A motion to stay and motion for protective order related to fact discovery concerning claims against all the ECSO Appellants, as well as the Eagle County Sheriff's Office, will follow.

Respectfully submitted this 2nd day of November, 2022.

BERG HILL GREENLEAF RUSCITTI LLP

*s/ David J. Goldfarb*
_____
Josh A. Marks
David J. Goldfarb
1712 Pearl Street
Boulder, CO 80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
jam@bhgrlaw.com
 djg@bhgrlaw.com

*Attorneys for the ECSO Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2022, I electronically filed the foregoing **NOTICE OF INTERLOCUTORY APPEAL** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Keary W. Sawyer
Sawyer Law Offices, PC
418 College Avenue NE
Grand Rapids, MI 49503
ksawyer@sawyerlawpc.com

Sean B. Walsh
Nathalie S. Kenny
Lampert & Walsh, LLC
5281 S. Quebec Street
Greenwood Village, CO 80111
walshsb@hotmail.com
nkenny@lampertwalsh.com

Catherine O'Brien Crum
Lauren E. Kuhn
Rodrigo Lugo
Hall Booth Smith, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
cobrien@hallboothsmith.com
lkuhn@hallboothsmith.com
rlugo@hallboothsmith.com

*s/ Cheryl Stasiak*

_____
Cheryl Stasiak