**Christine Tartaro, Ph.D.**
Distinguished Professor of Criminal Justice
Stockton University (Formerly Richard Stockton College of NJ)
101 Vera King Farris Drive
Galloway, NJ 08205
Cell: (973) 610-8049
Christine.Tartaro@Stockton.edu

## CURRENT EMPLOYMENT

**Stockton University**
**Criminal Justice Program – Galloway, New Jersey**

| | |
|---|---|
| Distinguished Professor | 9/2022 - present |
| Professor | 9/2010 – 8/2022 |
| Graduate Program Director (now called Chair) | 5/2005 – 8/2010; 12/2010 – 8/2018; 9/2021 - present |
| Associate Professor | 9/2005 – 8/2010 |
| Assistant Professor | 9/2000 – 8/2005 |

## EDUCATION

**Rutgers University School of Criminal Justice**
Ph.D. in Criminal Justice, 2000
M.A. in Criminal Justice, 1998

**The College of New Jersey** (Formerly known as Trenton State College)
Bachelor of Arts in History, cum laude, 1996
Minor in Law and Justice

## EXPERT WITNESS WORK

*Simon v. Van Beek* (spring 2022 – present)
Working with plaintiff in Colorado on a federal lawsuit against a county jail.

*Kiefer v. State of Connecticut* (spring 2019 - present)
Working with plaintiff in Connecticut on a negligence lawsuit against a state department of corrections.

*Paavola v. Hope Village* (fall 2020 – fall 2021)
Worked with plaintiff in Tennessee on a negligence lawsuit against a privately-run halfway house. Wrote report and participated in deposition.

*Moore v. Hillsborough County* (spring 2019 – fall 2020)
Worked with plaintiff in New Hampshire on a federal lawsuit against a county jail.

*Jefferson v. Whatcom County* (spring 2018 – spring 2019), Skagit County Superior Court (WA), Case No. 162 012577
Worked with plaintiff in Washington on a negligence lawsuit against a county department of corrections. Wrote report and participated in deposition.

*LaPadula v. NJ Department of Corrections* (winter 2010 – summer 2015)

Blumberg No. 5137
Attachment 2

Worked with plaintiff in NJ to prepare state and federal lawsuits against a state department of corrections for negligence and constitutional violations relating to an inmate's suicide. Wrote report and participated in deposition.

*United States v. Erie County, NY* (spring 2010)
Worked with the county (defendant) to prepare their defense. Consulting work involved the suicide portion of the case. Made recommendations that led to a settlement.

## COURSES TAUGHT

| | |
|---|---|
| Introduction to Criminal Justice | Statistics for Criminal Justice |
| Graduate Research and Evaluation | Graduate CJ Policy and Planning |
| Introduction to Corrections | Research and Evaluation in Criminal Justice |
| Incarceration in American Society | Mental Illness in the Criminal Justice System |
| Prisons and Jails | History of Corrections (honors) |
| Graduate Corrections | |

## PUBLICATIONS

### Books

**Tartaro, C.** (2021). *Research methods for criminal justice and criminology: A text/reader*. New York, NY: Routledge. ISBN: 978-0-367-50889-0.

**Tartaro, C**. (2019). *Suicide and self-harm in prisons and jails (2nd ed.).* Lanham, MD: Lexington Books. ISBN: 978-1-4985-5872-3

**Tartaro, C**. & Lester, D. (2009). *Suicide and self-harm in prisons and jails*. Lanham, MD: Lexington Books. ISBN: 978-0739124659

### Refereed Journal Articles

**Tartaro, C**. & Klenk, S. (2023). Utilizing peer education and support to prevent suicide in prisons. *Journal of Correctional Health Care.* Forthcoming

**Tartaro, C**. & Nunez, G. (2023). Has anything changed? An analysis of federal custodial litigation cases post *Kingsley v. Hendrickson. The Prison Journal.* https://doi-org./10.1177/00328855231188440

**Tartaro, C.**, Bonnan-White, J., Mastrangelo, M. A., Erbaugh, E., & Mulvihill, R. (2023). Comparisons of beliefs in mental health stigma in communities and those who police them. *International Journal of Law & Psychiatry,86.* https://doi.org/10.1016/j.ijlp.2022.101853

Bonnan-White, J., **Tartaro, C.**, Mulvihill, R. & Mastrangelo, M. A. (2022). Officer Trust toward Community Members and Critical Incidents: A Comparison of Factors. *Journal of Police and Criminal Psychology.* 10.1007/s11896-022-09515-9

**Tartaro, C**., Bonnan-White, J., Mastrangelo, M. A. & Mulvihill, R. (2021). Police officers' attitudes toward mental health and crisis intervention: understanding preparedness to respond to community members in crisis. *Journal of Police and Criminal Psychology,* DOI: *10.1007/s11896-021-09459-6*

**Tartaro, C.**, Duntley, J. D., Medvetz, S., & Hafner, N. (2018). Factors that predict murder defendants' competence to stand trial. *International Journal of Law and Psychiatry, 59,* 31 – 37. http://doi.org/10.1016j.ijlp.2018.05.009

**Tartaro, C.** & Levy, M. (2017). Visitation modality preferences for adults visiting jails. *The Prison Journal, 97*(5), pp. 562 – 584. DOI: 10.1177/0032885517728871

**Tartaro, C.** & Levy, M. (2016). Visitation: Visitor preferences regarding the best visitation modality for children. *Corrections: Policy, Practice, and Research, 2*(1), 20 – 40. doi.10.1080/23774657.2016.1239185

**Tartaro, C.** & Lester, D. (2016). Suicide on death row. *Journal of Forensic Sciences, 61*(6), 1656 – 1659. DOI 10.1111/1556-4029.13069

**Tartaro, C.** (2015). An evaluation of the effects of jail diversion and reentry for mentally ill offenders. *Journal of Offender Rehabilitation, 54*(2), 85-102. DOI 10.1080/10509674.2015.1009966

**Tartaro, C.** (2015). What is obvious? Fulfilling the subjective requirement for knowledge of risk in federal custodial suicide litigation. *The Prison Journal, 95*(1), 23-42. DOI:10.1177/0032885514563269

**Tartaro, C.** & Levy, M. P. (2015). IRB requirements and review processes: Criminal justice faculty members' compliance and satisfaction. *IRB: Ethics & Human Research*, 12-16.

**Tartaro, C,** & Levy, M. P. (2014) Criminal justice professionals' perceptions of Institutional Review Boards (IRB) and compliance with IRB protocol. *Journal of Criminal Justice Education*, *25(3), 321-341.* DOI:10.1080/10511253.2014.902982

**Tartaro, C.** & Levy, M. P. (2013). An evaluation of an HIV testing program in the jail setting: Results and recommendations. *The Prison Journal, 93*(1), 57-79. https://doi.org/10.1177/0032885512467313

**Tartaro, C.** (2012) Missed opportunities: learning from the mistakes at Attica. *Contemporary Justice Review,* 1-20. https://doi.org/10.1080/10282580.2012.707468

Levy, M. P. & **Tartaro, C.** (2010). Repeat victimization: a study of auto theft in Atlantic City using the W.A.L.L.S. variables to measure environmental indicators. *Criminal Justice Policy Review*, 21(3), 296-318. DOI: 10.1177/0887403409350190

**Tartaro, C.** & Levy, M. P. (2010). Lessons learned: One criminal justice program's steps (and missteps) for developing an assessment program. *Assessment Forum.* Available at http://www.acjs.org/pubs/uploads/ACJSAssessmentForumTartaro-Levy-5-2010.pdf.

Levy, M. P. & **Tartaro, C.** (2010). Auto theft: A site-survey and analysis of environmental crime factors in Atlantic City, NJ. *Security Journal*, *23*(2), 75-94. DOI: 10.1057/palgrave.sj.8350088

**Tartaro, C.**, & Sedelmaier, C. (2009). A tale of two counties: The impact of pretrial detention on later court processing decisions. *Criminal Justice Studies: A Critical Journal of Crime, Law & Society, 22*(2), 203-221. DOI: 10.1080/14786010902975507

**Tartaro, C.** & Levy, M. P. (2008). Predictors of suicide in new generation jails. *Justice Research and Policy, 10*(1), 21-37. https://doi.org/10.3818/JRP.10.1.2008.21

**Tartaro, C.** & Levy, M. P. (2007). Density, inmate assaults, and direct supervision jails. *Criminal Justice Policy Review*, *18*(4), 395-417. https://doi.org/10.1177/0887403407299863

**Tartaro, C.** (2006). Watered down: Partial implementation of the new generation jail philosophy. *The Prison Journal, 86(3),* 284-300. https://doi.org/10.1177/0032885506290851

**Tartaro, C.** & Ruddell, R. (2006). Trouble in Mayberry: A national analysis of suicide attempts in small jails. *American Journal of Criminal Justice, 31(1),* 81-101.

**Tartaro, C.** (2005). Section 1983 liability and custodial suicide: A look at what plaintiffs face in court. *Californian Journal of Health Promotion, 3(2),* 113-124.
DOI: https://doi.org/10.32398/cjhp.v3i2.1768

**Tartaro, C.** & Lester, D. (2005). An application of Durkheim's theory of suicide to prison suicides in the United States. *Death Studies, 29*, 413-422. DOI: 10.1080/07481180590932526

**Tartaro, C.**, & Krimmel, J. T. (2003). The effect of race on criminal justice students' career choices. *American Journal of Criminal Justice, 28(1),* 109 – 124.

**Tartaro, C.** (2003). Suicide and the jail environment: an evaluation of three types of institutions. *Environment and Behavior, 35(5),* 605 - 620. DOI: 10.1177/0013916503254753

**Tartaro, C.** (2002). Examining implementation issues with new generation jails. *Criminal Justice Policy Review, 13(3),* 219 - 237. DOI: 10.1177/0887403402013003002

**Tartaro, C.** (2002). The impact of density on jail violence. *Journal of Criminal Justice, 30(6),* 499 - 510. DOI: 10.1016/S0047-2352(02)00172-1

Lester, D & **Tartaro, C.** (2002). Suicide on death row. *Journal of Forensic Sciences, 47(5),* 1108 - 1111. https://doi.org/10.1111/1556-4029.13069

**Tartaro, C.** (1999). Reduction of suicides in jails and lockups through situational crime prevention. *Journal of Correctional Health Care, 6(2),* 235 - 263. https://doi.org/10.1177/107834589900600207

Krimmel, J.T. & **Tartaro, C.** (1999). Career choices and characteristics of criminal justice undergraduate students. *Journal of Criminal Justice Education, 10(2),* 277 - 290. https://doi.org/10.1080/10511259900084591

**Refereed Journal Articles Outside of the Social Sciences**

Shah, S., **Tartaro, C.**, Chew, F., Morris, M. (2013). Rehabilitation efficiency and effectiveness in minimizing dependency in patients with arthritis: Analyses of 3,551 admissions. *Patient Reported Outcomes*, *50*, 16-23.

Shah, S., **Tartaro, C.**, Chew, F., Morris, M., & Wood, C. (2013). Skilled nursing facility functional rehabilitation outcome: Analyses of stroke admissions. *International Journal of Therapy & Rehabilitation, 20*(7), 352-360.

Shah, S., **Tartaro, C.**, Chew, F., Morris, M., Wood, C. & Wuzzardo, A. (2012). Rehabilitation efficiency and effectiveness in medical-surgical conditions: A pilot study of 234 patients. *Physical and Occupational Therapy in Geriatrics, 30*(4), 288-300.

**Book Chapters**

Lester, H. D. & **Tartaro, C.** (2022). Culture change within facilities that incarcerate. In D. Moran, Y. Jewkes, K. Blount-Hill, & V. St. John (eds.) *The Palgrave Handbook of Prison Design.* 978-3-031-11972-9

**Tartaro, C.** (2018). Suicidal prisoners: Identifying suicide risk and implementing preventive policies. In K. Dodson (Ed.), *Handbook of offenders with special needs* (pp. 238 – 254). New York, NY: Routledge.

**Tartaro, C.** & Levy, M. P. (2013). Factors associated with recidivism among reentry program participants in the jail setting: results and recommendations. In M. Crow & J. Smykla (Eds.), *Offender reentry: 21st century issues* (pp. 125-146). Burlington, MA: Jones and Bartlett.

Pompili, M., Lester, D., Birardi, P. & **Tartaro, C.** (2012). Risk factors for suicide in prisons. In M. Pompili (Ed.). *Suicide: A global perspective* (pp. 102-106). United Arab Emirates: Bentham Science.

**Tartaro, C.** (2009). Examining implementation issues with new generation jails. In M, Stohr, A. Walsh & C. Hemmens (Eds.). *Corrections* (pp. 551-566). Thousand Oaks, CA: Sage Publications. [reprint of previously published article]

**Tartaro, C.** (2008). Jail violence. In N.E. Fearn, & R. Ruddell, (Eds.). *Understanding correctional violence* (pp. 39-56). Richmond, KY: Newgate Press.

**Tartaro, C.** & Lester, D. (2007). Saving lives through suicide prevention. In R. Ruddell, & M. Tomita (Eds.). *Correctional health care* (pp. 147-166). New York: LFB Scholarly Press.

**Tartaro, C.** & Lester, D. (2007). Suicide in prisons and jails. In S. G. Shoham, O. Beck, & M. Kett (Eds.). *International handbook of penology and criminal justice* (pp. 77-97). Boca Raton, FL: CRC Press.

**Tartaro, C.** (2004) Suicide in prisons and jails. In R. Muraskin (Ed.). *Key correctional issues* (pp. 72 – 85). Upper Saddle River, NJ: Prentice Hall.

**Tartaro, C.** (2004). Inside the jail: A look at building design and inmate supervision. In R. Muraskin (Ed.). *Key correctional issues* (pp. 192-204). Upper Saddle River, NJ: Prentice Hall.

**Non-Refereed Journal Articles**

**Tartaro, C.** (2021). The BJS research backlog – why it matters to corrections managers as well as researchers. *Corrections Managers' Report*, *26*(6), 93 – 95.

**Tartaro, C.** (2019). Thoughts on suicide prevention in the wake of Jeffrey Epstein's death. *Corrections Managers' Report*, *25(3)*, 33, 44-46.

**Tartaro, C.** & Levy, M. P. (2018). Children visiting inmates: an analysis of three modalities. *American Jails, 31*(6), 25 – 31.

**Tartaro, C.** (2016). Keeping mentally ill offenders out of jail: Evaluation results. *American Jails*, 30*(1),* 20-21; 23-25.

**Tartaro, C.** & Levy, M.P. (2013). HIV testing in jail. *American Jails, 27*(3), 32-36.

**Tartaro, C.** & Levy, M.P. (2010). Suicide and new generation jails. *American Jails, 24*(1), 48-55.

**Tartaro, C.**, & Levy, M. P. (2008). Crowding, violence, and direct supervision jails. *American Jails*, *22*(4), 12-20.

**Tartaro, C.**, Levy, M., Tang, C., Frank, M., & Ferri, C. (2006). Preparing jail inmates for the outside: Discharge planning in Atlantic County, New Jersey. *Corrections Today, 68(7),* 50-53.

**Tartaro, C.** (2006). Are they really direct supervision jails? A national study. *American Jails, 20(5),* 9 – 17.

**Tartaro, C.** (2003). Suicide and new generation jails: A national study. *American Jails, 17(4),* 37 – 42.

**Tartaro, C.** (2003). Survey: direct supervision jails. *American Jails, 17(2),* 77 - 79.

**Tartaro, C.** (2001). Jail violence and design: Are the two related? *American Jails, 15(4),* 47-54.

**Encyclopedia Entries**

**Tartaro, C.** & Levy, M.P. (2021). IRBs. In J. C. Barnes, & D. R. Forde (Eds.) *Encyclopedia of research methods in criminology and criminal justice.* Hoboken, NJ: Wiley Publishing.

**Tartaro, C.** (2012). Recognizance. In S. M. Barton-Bellessa (Ed.) *Encyclopedia of community corrections*. Thousand Oaks, CA: Sage Publications.

**Tartaro, C.** (2012). Liability. In S. M. Barton-Bellessa (Ed.) *Encyclopedia of community corrections.* Thousand Oaks, CA: Sage Publications.

**Book Reviews**

**Tartaro, C.** (2004). "Prison violence: the dynamics of conflict, fear and power". By E. Kimmett, I. O'Donnell, & C. Martin (Eds.) *Contemporary justice review, 7(2),* 252-254.

**Tartaro, C.** (2003). "Prison Masculinities", by D. Sabo, T. A. Kupers, & W. London, *Criminal justice review, 27(2),* 282-283.

**REPORTS**

**Tartaro, C.** (2022). *The Atlantic City's co-responder program – six month evaluation written for the Embedding Clinicians in Law Enforcement Agencies Grant. BJS-2020-18312; Award number 2020-MO-B-0024.* Submitted to the Atlantic City Police Department, Jewish Family Service, and the Bureau of Justice Statistics.

**Tartaro, C.**, White, J. B., Erbaugh, B., McKnight, W., Mulvihill, R., & Mastrangelo, M. A. (2021).

*Officers' opinions about preparedness for working with people with mental illness, Crisis Intervention Team Training, and mental illness stigma.* Submitted to participating police departments.

**Tartaro, C.** & Sahin, N. (2021). *Atlantic City Mental Health Related Calls, 2019 -2020.* Submitted the Atlantic City Police Department and Jewish Family Service.

White, J. B., Erbaugh, B., McKnight, W., Mulvihill, R., Mastrangelo, M. A., & **Tartaro, C.** (2021). *Sources of Community- and Workplace-Related Support Following Officer-Involved Shooting Incidents – Assessing Underlying Trust and Emotional Experiences: A Preliminary Report.* Submitted to participating police departments.

**Tartaro, C.** (2021). *Report on the Impact of the COVID-19 Pandemic on the Jail-Based Medication-Assisted Treatment Program at the Atlantic County Justice Facility.* Submitted to John Brooks Recovery Center.

**Tartaro, C.** *John Brooks Recovery Center Mental Health and Addiction Grant State of the program, December 2019.*

- *John Brooks Recovery Center Mental Health and Addiction Grant State of the program, September 2019.*
- *John Brooks Recovery Center Mental Health and Addiction Grant State of the program, June 2019.*
- *John Brooks Recovery Center Mental Health and Addiction Grant State of the program, April 2019.*
- *John Brooks Recovery Center Mental Health and Addiction Grant State of the program, February 2019.*
- *John Brooks Recovery Center Mental Health and Addiction Grant State of the program, November 2018.*
- *John Brooks Recovery Center Mental Health and Addiction Grant State of the program, August 2018.*

**Tartaro, C.** & Kutner, J. (June 15, 2018). *John Brooks Recovery Center Mental Health and Addiction Grant State of the program, May 2018.*

- *John Brooks Recovery Center Mental Health and Addiction Grant State of the program, April 2018.*

**Tartaro, C.** (2018). *Evaluation of the Atlantic County Justice Facility Reentry Program Part II: Outcome Analysis.* Submitted to the Atlantic County Jail. Mays Landing, NJ.

**Tartaro, C.** (2017). *Evaluation of the Atlantic County Justice Facility Reentry Program Part I: Description of Services Provided by Jewish Family Services.* Submitted to the Atlantic County Jail. Mays Landing, NJ.

**Tartaro, C.** & Levy, M. (2010). *Cultural Competency Evaluation for the Atlantic County Jail.* Submitted to the Atlantic County Jail. Mays Landing, NJ

**Tartaro, C.** (2008). *Results of the Katz JCC Shabbat Survey.* Submitted to the Katz Jewish Community Center. Margate, NJ.

**Tartaro, C.** (2008). *Jewish Community Center Member Survey.* Submitted to the Katz Jewish Community Center. Margate, NJ.

**Tartaro, C.** (2008). *Survey of People Who Are Not Members of The Katz Jewish Community Center.* Submitted to the Katz Jewish Community Center. Margate, NJ.

**Tartaro, C.**, Levy, M. P., Tang, C., Ferri, C. & Frank, M. (2007). *Report to the Atlantic County Jail on the Discharge Planning Program.*_ Submitted to the Atlantic County Jail.

**Tartaro, C.** (2006). *Outcome Evaluation of the Youth Gang Prevention and Intervention Project Union County, New Jersey.* Trenton, NJ: New Jersey Juvenile Justice Commission.

**Tartaro, C.** (2005). *Preliminary Evaluation of the Youth Gang Prevention and Intervention Project.* Trenton, NJ: New Jersey Juvenile Justice Commission.

**Tartaro, C.** (2003). *Report on the Development of the Youth Gang Prevention and Intervention Project.* Trenton, NJ: New Jersey Juvenile Justice Commission

**Tartaro, C.** (2001). *Evaluation of the Parent and Child Nurturing Development Program.* Trenton, NJ: New Jersey Department of Human Services Offices for Prevention of Mental Retardation and Developmental Disabilities, grant number 22-75-00501K

**CONFERENCE PRESENTATIONS**

Tartaro, C. & Alas, E. (2023). *Elements of state and federal suicide prevention policies*. Northeastern Academy of Criminal Justice Sciences Conference. Williamsport, PA.

Kubik, J. & Tartaro, C. (2023). *Role of social work in criminal justice.* Northeastern Academy of Criminal Justice Sciences Conference. Williamsport, PA.

Tartaro, C. & Alas, E. (2023). *A review of state and federal department of corrections suicide prevention policies* (poster). Academy of Criminal Justice Sciences Conference. National Harbor, MD.

Tartaro, C. & Klenk, S. (2022). *A review of state and federal department of corrections suicide prevention policies* (poster). American Society of Criminology. Atlanta, GA.

Tartaro, C. & Nunez, G. (2022). *An analysis of federal custodial suicide litigation cases in the wake of Kingsley v. Hendrickson.* American Society of Criminology Meeting. Atlanta, GA.

Tartaro, C. *Welcoming Remarks*. (2022). Northeastern Academy of Criminal Justice Sciences Conference. Williamsport, PA.

Tartaro, C. & Nunez, G. (2022). *Has anything changed? An analysis of recent jail suicide litigation in the federal courts.* Northeastern Academy of Criminal Justice Sciences Meeting. Williamsport, PA.

Tartaro, C. (2022). The Future of Academic Criminal Justice Certification/Accreditation - Where do We Go from Here? (roundtable). Academy of Criminal Justice Sciences. Las Vegas, NV.

Tartaro, C. (2022). ACJS Academic Standards and External Reviews. (roundtable). Academy of Criminal Justice Sciences. Las Vegas, NV.

Tartaro, C., Bonnan-White, J., Mulvihill, R. & Mastrangelo, M. A (2021). Differing Perspectives on Mental Health: Comparison of Community Member and Police Attitudes Towards People in Crisis.

*American Society of Criminology* Conference. Chicago, IL.

Bonnan-White, J., Tartaro, C., McKnight, W., Mastrangelo, M. A., Mulvihill, R., & Erbaugh, E. (2021). The impact of emotions and department satisfaction on police officers' trust in community and colleagues. *American Society of Criminology* Conference. Chicago, IL.

Tartaro, C., Bonnan-White, J., Mulvihill, R. & Mastrangelo, M. A (2021). *Perceptions of mental health stigma among Crisis Intervention Team (CIT) trained police and non-trained officers.* Northeastern Association of Criminal Justice Sciences Conference (Virtual).

Tartaro, C. (2021). *Adapting the Connecting People Program to work with justice-involved, mentally ill individuals in the United States*. Academy of Criminal Justice Sciences meeting (Virtual).

Tartaro, C., Bonnan-White, J. Mastrangelo, A., & Mulvihill, R. (2019). *Police and community perceptions of mental illness stigma: A comparison.* American Society of Criminology. San Francisco, CA.

Tartaro, C. (2019). *Jail-based methadone-assisted treatment.* Northeastern Academy of Criminal Justice Sciences Meeting, Williamsport, PA.

Tartaro, C. (2019). *Preliminary outcome evaluation results for a jail-based methadone maintenance program*. Academy of Criminal Justice Sciences Meeting. Baltimore, MD.

Tartaro, C. & Kutner, J. (2018). *Process and outcome evaluation of a jail-based methadone-assisted treatment program* (poster). American Society of Criminology. Atlanta, GA

Tartaro, C. (2018) *Caught red-handed: A discussion of student cheating* (roundtable). American Society of Criminology Conference. Atlanta, GA.

Tartaro, C. & Kutner, J. (2018). *An evaluation of a jail reentry program* (poster). Academy of Criminal Justice Sciences Meeting. New Orleans, LA.

Kutner, J. & Tartaro, C. (2018). *Methadone-assisted treatment in the jail setting* (poster). Academy of Criminal Justice Sciences Meeting. New Orleans, LA.

Tartaro, C. (2017). *Methodological and measurement issues in criminological research.* (roundtable) American Society of Criminology Conference. Philadelphia, PA.

Tartaro, C., Duntley, J., Medvetz, S. & Hafner, N. (November 2016). *Does type of psychiatric disorder affect patterns of homicidal behavior?* American Society of Criminology Conference. New Orleans, LA.

Tartaro, C. (2016). *Teaching provocative topics in criminal justice and criminology*. (Roundtable) American Society of Criminology Conference. New Orleans, LA.

Tartaro, C., Medvetz, S., Hafner, N., & Duntley, J. (March 2016). *Are killers evaluated for competency different?* Academy of Criminal Justice Sciences Meeting. Denver, CO.

Tartaro, C. & Leiva, H. L. (March 2016). *Exploring the possible correlation of coercive fantasy and behavior.* Academy of Criminal Justice Sciences Meeting. Denver, CO.

Tartaro, C. & Levy, M. (November 2015). *Visitors' experiences using technology to conduct jail visits: The*

*good and the bad.* American Society of Criminology Conference. Washington, DC.

Tartaro, C. & Levy, M. (March 2015). *Criminal justice faculty and Institutional Review Boards: Do opinions about the work of IRBs predict non-compliance?* Academy of Criminal Justice Sciences Conference. Orlando, FL.

Levy, M. & Tartaro, C. (November 2014). *Visiting jails using remote video visitation.* American Society of Criminology Conference. San Francisco, CA.

Tartaro, C. & Levy, M. P. (February 2014). *Which jail is best? Jail visitors' opinions about video versus face-to-face visits.* Academy of Criminal Justice Sciences Conference. Philadelphia, PA.

Tartaro, C. (February 2014). *American jails and the mental health challenge: What should we do that we are not doing?* (roundtable). Academy of Criminal Justice Sciences Conference. Philadelphia, PA.

Levy, M. & Tartaro, C. (November 2013). *Criminologists' attitudes about IRBs and the relationship to following IRB guidelines.* American Society of Criminology Conference. Atlanta, GA.

Tartaro, C. & Levy, M. (November 2013). *The impact of jail visitation on children: Visitors' perceptions about what is best*. American Society of Criminology Conference. Atlanta, GA.

Tartaro, C. (March 2013) *Federal civil suits concerning custodial suicide: Is the individual-specific rule alive and well?* Academy of Criminal Justice Sciences Conference. Dallas, TX.

Levy, M. & Tartaro, C. (March 2013) *The role of the Institutional Review Board (IRB) in the field of criminal justice.* Academy of Criminal Justice Sciences Conference. Dallas, TX.

Levy, M. P. & Tartaro, C. (2012). *Discharge planning alumni interviews: Why DP doesn't reduce recidivism.* American Society of Criminology Conference. Chicago, IL.

Tartaro, C. (June 2012). *What you need to know about graduate education: Benefits, challenges, and expectations* (roundtable). Northeastern Academy of Criminal Justice Sciences Conference. Bristol, RI.

Tartaro, C. (November 2011). *Evaluation of a diversion program for mentally ill offenders.* American Society of Criminology Conference, Washington, DC.

Tartaro, C. & Levy, M. (2011) *Tracking inmates after they leave jail: Do they continue to utilize reentry assistance after release?* Academy of Criminal Justice Sciences Meeting. Toronto, CAN.

Tartaro, C. & Levy, M. (November 2010). *Evaluation of a cultural competency curriculum for sworn jail officers.* American Society of Criminology Conference. San Francisco, CA.

Tartaro, C. & Duntley, J. D. (March 2010). *Evaluating the effectiveness of a criminal justice summer camp curriculum for high school students in the United States*. International Conference on The Teacher for the 21st Century. Izhevsk, Russia.

1. Materials presented at the meeting but authors did not attend.

Tartaro, C. & Levy, M. P. (February 2010). *A preliminary evaluation of a jail HIV testing program.* Academy of Criminal Justice Sciences Conference. San Diego, CA.

Tartaro, C. & Duntley, J. D. (February 2010). *Does a five-day criminal justice camp impact high school students' college major and career type.* Academy of Criminal Justice Sciences Conference. San Diego, CA.

Levy, M. P. & Tartaro, C. (November 2009). *An analysis of the methodological considerations regarding the selection of a time-window for repeat victimization.* American Society of Criminology Conference. Philadelphia, PA.

Levy, M. P. & Tartaro, C. (March 2009) *Undergraduate statistical ability: An assessment of student ability and instructor response*. Academy of Criminal Justice Sciences Conference, Boston, MA.

Tartaro, C., Duntley, J. D., & DeSantis, C. D. (November 2008). *Getting to them early: CSI camp for high school students.* American Society of Criminology Conference, St. Louis, MO.

Levy, M. P. & Tartaro, C. (November 2008). *Place-based crime prevention in Atlantic City: Re-testing the W.A.L.L.S. variables at auto theft locations.* American Society of Criminology Conference, St. Louis, MO.

Tartaro, C. (March 2008). *The deck is stacked: An analysis of recent jail suicide litigation.* Academy of Criminal Justice Sciences Conference. Cincinnati, OH.

Levy, M. P. & Tartaro, C. (March 2008). *Satisfaction survey: A longitudinal study of campus police.* Academy of Criminal Justice Sciences Conference. Cincinnati, OH.

Levy, M. P. & Tartaro, C. (November 2007). *Student assessment of APA proficiency.* American Society of Criminology Conference, Atlanta, GA.

Tartaro, C., Levy, M. P., Tang, C., Ferri, C. & Frank, M. (March 2007). *The Effectiveness of a jail-based transition planning program in reducing recidivism.* Academy of Criminal Justice Sciences Conference. Seattle, WA.

Tartaro, C. & Levy, M. (November 2006). *Density, aggression and direct supervision jails.* American Society of Criminal Justice Conference. Los Angeles, CA.

Levy, M. & Tartaro, C. (November 2006). *Place-based crime prevention in Atlantic City: Testing the presence of W.A.L.L.S. variables.* American Society of Criminal Justice Conference. Los Angeles, CA.

Tartaro, C., Ferri, C., Levy, M. P., Tang, C., & Frank, M. (June 2006). *The Atlantic County Jail under the microscope: Is discharge planning really working?* Incarceration to Self-Sufficiency Conference. The Richard Stockton College of NJ.

Tartaro, C. & Ruddell, R. (March 2006). *Predictors of suicide attempts in small jails.* Academy of Criminal Justice Sciences Conference. Baltimore, MD.

Levy, M. & Tartaro, C. (March 2006). *Crime prevention and assessment at small campuses: Case study and evaluation of campus needs.* Academy of Criminal Justice Sciences Conference. Baltimore, MD.

Tartaro, C. & Levy, M. (November 2005). *APA proficiency: An assessment of student ability and Instructor response.* American Society of Criminology Conference, Toronto, Canada.

Tartaro, C. (April 2005). *Suicide in direct supervision jails.* Environmental Design Research Association Conference. Vancouver, CAN.

Tartaro, C. (March 2005). *Suicide in jails.* Academy of Criminal Justice Sciences Conference. Chicago, IL.

Tartaro, C. (November 2004). *Are new generation jails truly new, or are they just the same old jails?* American Society of Criminology Conference. Nashville, TN.

Tartaro, C. (April 2004). *Suicide prevention and the new generation jail philosophy.* American Jails Association Annual Training Conference. Birmingham, AL.

Tartaro, C. (March 2004). *An analysis of factors associated with suicide in podular direct supervision jails.* Academy of Criminal Justice Sciences Conference, Las Vegas, NV.

Tartaro, C. (November 2003). *Preliminary outcomes of a gang intervention program for juveniles in secure care.* American Society of Criminology Conference, Denver, CO.

Tartaro, C., Stenius, V., & Sedelmaier, C. (June 2003). *The impact of pretrial detention on later court processing decisions.* British Society of Criminology Conference, Bangor, Wales.

Tartaro, C. & Sedelmaier, C. (March 2003). *Some races are longer than others: An analysis of sentencing decisions in two southern jurisdictions.* Academy of Criminal Justice Sciences Conference, Boston, MA.

Tartaro, C. (March 2003). *Suicide and the jail environment: An evaluation of three types of institutions.* Academy of Criminal Justice Sciences Conference, Boston, MA.

Tartaro, C. & Sedelmaier, C. (November, 2002). *What's my best chance? Bench trials, jury trials and personal characteristics of offenders.* American Society of Criminology Conference, Chicago, IL.

Tartaro, C. (November 2001). *The pitfalls of conducting sexual assault research in female prisons.* American Society of Criminology Conference, Atlanta, GA.

Tartaro, C. (June 2001). *Podular direct supervision jails: There's more to it than just building a new facility.* Northeastern Academy of Criminal Justice Sciences Conference, Champion, Pa.

Tartaro, C. (April 2001). *Talking with offenders' families: Perceptions of justice and fairness.* Academy of Criminal Justice Sciences Conference, Washington, DC.

Tartaro, C. (November 2000). *Examining the impact of jail crowding on violence.* American Society of Criminology Conference, San Francisco, CA.

Tartaro, C. (June 2000). *Corrections officer training and jail violence.* Northeastern Academy of Criminal Justice Sciences Conference, Stowe, VT.

Tartaro, C. (March 2000). *Preventing violence and serious property damage inside jails: Findings of a national study.* Academy of Criminal Justice Sciences Conference, New Orleans, LA.

Tartaro, C. (November 1999). *Prevention of violence and vandalism in jails: An environmental perspective.* American Society of Criminology Conference, Toronto, CA.

Tartaro, C. (November 1998). *Situational crime prevention and the reduction of jail suicides: A search for solutions.* American Society of Criminology Conference, Washington, DC.

Krimmel, J. T & Tartaro, C. (November 1998). *What's up with them? Why criminal justice students are sitting in our classrooms.* American Society of Criminology Conference, Washington, DC.

Tartaro, C. (June 1998). *Reduction of suicides in jails and lockups: short-term solutions for a transient population.* Northeastern Academy of Criminal Justice Sciences Conference. Bristol, RI.

**CONFERENCE SESSION CHAIR / ROUNDTABLE MODERATOR**

*See what's new: Revised ACJS program standard and new program endorsement policies.* Northeastern Academy of Criminal Justice Sciences, Williamsport, PA: June 2023.

*ACJS certification and academic standards: past, present, and future.* Northeastern Academy of Criminal Justice Sciences. Williamsport, PA: June 2022.

*Evaluating prison program and listening to voices from inside the walls.* Northeastern Academy of Criminal Justice Sciences. Williamsport, PA: June 2022.

*Contemporary issues in policing: Perceptions of stress, training, and the use of force*. Northeastern Academy of Criminal Justice Sciences (Virtual) June 2021.

*Treatment and security issues in institutional corrections*. Northeastern Academy of Criminal Justice Sciences. Williamsport, PA. June 2019.

*Corrections, rehabilitation, and treatment*. Academy of Criminal Justice Sciences. Baltimore, MD: March 2019.

*Criminal justice professionals and individuals with mental illness: Challenges and solutions*. Academy of Criminal Justice Sciences. Kansas City, MO: March 2017.

*Vulnerability and voice in contemporary prisons*. American Society of Criminology Conference. Washington, DC. November 2015.

*Social bonds and the imprisonment experience*. American Society of Criminology Conference, Atlanta, GA: November 2013.

*Reentry from jail and reentry for women.* Academy of Criminal Justice Sciences Conference, Toronto CAN. March 2011.

*Roundtable: Responding to the needs of mentally ill offenders in the community and in jail.* Academy of Criminal Justice Sciences Conference, Toronto CAN. March 2011.

*Challenges in managing jails*. American Society of Criminology Conference, San Francisco, CA. November 2010.

*Unique approaches to retention of students and faculty.* Academy of Criminal Justice Sciences Conference, San Diego, CA. February 2010.

*Jail inmate rights, needs and programming.* Academy of Criminal Justice Sciences Conference. Seattle, WA. March 2007.

**INVITED CONFERENCE INVOLVEMENT**

Tartaro, C. (October 2019). *Inmate suicide.* New Jersey County Jail Warden's Association Conference. Atlantic City, NJ.

Dabney, D. & Tartaro, C. (March 2019). *Navigating the job market in criminology and criminal justice.* Academy of Criminal Justice Sciences Meeting. Baltimore, MD.

Tartaro, C. (March 2018). *Open seminar: Navigating the job market in criminology and criminal justice.* Academy of Criminal Justice Sciences Meeting. New Orleans, LA.

Tartaro, C., Hafner, N., Duntley, D. & Medvetz, S. (July 2017). *Predictors of homicide defendants' competency to stand trial.* International Academy of Law and Mental Health Conference. Prague, Czech Republic.

Tartaro, C. (March 2017). *Navigating the job market in criminology and criminal justice.* Academy of Criminal Justice Sciences Meeting. Kansas City, MO.

Tartaro, C. (March 2017). *Roundtable: We are certifiable: examining the ACJS Certification experience.* Academy of Criminal Justice Sciences Meeting. Kansas City, MO.

Tartaro, C. (March 2016). *Creating program level assessment.* ACJS assessment workshop panelist. Academy of Criminal Justice Sciences Meeting. Denver, CO.

Tartaro, C. (March 2016) *Open seminar: Navigating the job market in criminology and criminal justice.* Academy of Criminal Justice Sciences Meeting. Denver, CO.

Tartaro, C. & Levy, M. (March 2015). *Journal of Criminal Justice Education showcase: Criminal justice professionals' knowledge of Institutional Review Boards (IRB) and compliance with IRB protocol.* Academy of Criminal Justice Sciences Conference, Orlando, FL. Poster session.

**CONFERENCE PRESENTATIONS IN NON-SOCIAL SCIENCE FIELDS**

Shah, S., **Tartaro, C.**, Chew, F., Morris, M. (2014). *Skilled nursing facilities' functional rehabilitation outcome: Analyses of 3,551 patients with arthritis.* American Occupational Therapy Association Congress. Baltimore, MD.

Shah, S., **Tartaro, C.**, Chew, F., Morris, M., Scangarello, S., Zaher, S., (2013). *Skilled nursing facilities' functional rehabilitation outcome: Analyses of 3,551 patients with arthritis.* State of the Science in Occupational Therapy, Chicago, IL.

Shah, S., **Tartaro, C.**, Morrise, M., Chew, F., Wuzzardo, A., & Wood, C. (March, 2012). *Post stroke skilled nursing rehabilitation evaluation: Efficiency and effectiveness of functional improvement in 2,095*

*participants.* First Annual Occupational Science Summit. St. Louis, MO

**INVITED NON-CONFERENCE SPEAKING ENGAGEMENTS**

Atlantic County Criminal Justice Advisory Board - Evaluation for the Atlantic County Jail's Therapeutic Community Program December 5, 2011

Suicide prevention training – Atlantic County Jail September 15, 2010

**WEBINAR**

Tartaro, C. (May 21, 2010). *New generation jail design: If you must build it, consider this!* Hosted by the Joyfields Institute for Professional Development.

**EXTERNAL GRANTS (*funded grants in italics*)**

*Strengthening Families Against Opioid Use. Foundation for Opioid Response Efforts ($375,000, with $10,000 for evaluation)*

Federal Fiscal Year (FFY) 2021 Comprehensive Opioid, Stimulant, and Substance Abuse Site-based Program: Academic Partner ($150,000)

Restorative Justice in Education Pilot Program. New Jersey Department of Education. March 11, 2021 ($500,000)

*Bureau of Justice Assistance FY 2020. The Justice and Mental Health Collaboration Program: Embedding Clinicians in Law Enforcement Agencies. BJS-2020-18312. Summer 2020 ($740,575 with $10,000 towards program evaluation). Award number 2020-MO-BX-0024*

Substance Abuse and Mental Health Services Administration - Medication Assisted Treatment – Prescription and Opioid Addiction. GRANT12672909 - July 2018.

*Robert Wood Johnson Foundation. Connecting People Pilot & Demonstration Project in Atlantic County, N.J.* 2018. *Proposal ID: 66206 ($635,895 with $45,00 towards program evaluation)*

*State of New Jersey Mental Health and Addiction Services – John Brooks Recovery Mental Health and Addiction. July 2017 – July 2018 ($10,000 for program evaluation).*
- *Renewed for July 2018 – June 2019 ($10,000 for program evaluation).*
- *Renewed for July 2019 – June 2020 ($10,000 for program evaluation).*

Bureau of Justice Assistance FY 15 Second Chance Act Comprehensive Community-Based Adult Reentry Program Utilizing Mentors BJA-2014-4199. Summer 2015.

Bureau of Justice Assistance FY 14 Second Chance Act Comprehensive Community-Based Adult Reentry Program Utilizing Mentors BJA-2014-3877. Summer 2014.

National Institute of Justice. Research and Evaluation in Justice Systems. NIJ Application #: NIJ-2012-3092. Spring 2012.

National Institute of Justice. Reducing correctional populations: Exploring Day Reporting

and Electronic Monitoring strategies and technology as alternatives to incarceration in New Jersey county jails. GMS Application Number: 2009-91050-NJ-IJ. Spring 2009

*Tech Prep Grant Program – Cape May County Technical School District – Lead Agency, Richard Stockton College of NJ – Subgrantee, Atlantic Cape Community College – Subgrantee. 2007 ($229,000).*

Department of Housing and Urban Development. Community Outreach Partnership Center Grant: The Westside Project. 2004.

**INTERNAL GRANTS (*funded grants in italics*)**

*Research and Professional Development Grant. Stockton University Research and Professional Development Committee. Spring 2017 ($2,900).*

*Sabbatical Subvention fund award. Spring 2013 ($2,000).*

*Sabbatical. Spring 2013.*

*Research and Professional Development Grant. Richard Stockton College Research and Professional Development Committee. Fall 2012 ($1,000).*

*Research and Professional Development Grant. Richard Stockton College Research and Professional Development Committee. Spring 2012 ($2,250). Co-recipient with Marissa Levy.*

*Research and Professional Development Grant. Richard Stockton College Research and Professional Development Committee. Spring 2006 ($6,000). Co-recipient with Marissa Levy.*

*Research and Professional Development Grant. Richard Stockton College Research and Professional Development Committee. Fall 2005 ($1,000).*

*Research and Professional Development Grant. Richard Stockton College Research and Professional Development Committee. Fall 2004 ($500).*

*Research and Professional Development Grant. Richard Stockton College Research and Professional Development Committee. Spring 2004 ($2,500).*

*Research and Professional Development Grant. Richard Stockton College Research and Professional Development Committee. Fall 2003 ($710).*

*Research and Professional Development Grant. Richard Stockton College Research and Professional Development Committee. Spring 2002 ($1,500).*

Research and Professional Development Grant. Richard Stockton College Research and Professional Development Committee. Spring 2001.

*Graduate School Dissertation Grant. Awarded by the Rutgers University Graduate School. Spring 1999 ($1,100).*

**RADIO/TELEVISION/PODCAST INTERVIEWS**

*ThreeUncannyFour*. November, 2019. Broken: Jeffrey Epstein (Episode 6): Life and death at a downtown jail. https://cms.megaphone.fm/channel/brokenjeffreyepstein?selected=SONY5706607637

*WAMU: The Kojo Nnamdi Show*. September 22, 2019. Why are suicides on the rise in Virginia jails? https://thekojonnamdishow.org/shows/2019-09-23/why-are-suicides-on-the-rise-in-virginia-jails

*WNYC: The Brian Lehrer Show*. August 15, 2019. It's not just Epstein: jails are failing at preventing suicide. https://www.wnyc.org/story/suicide-in-jails/

*NPR*. August 13, 2019. Jeffrey Epstein's death puts a focus on suicides in jails. https://the1a.org/shows/2019-08-13/preventing-jail-suicides

*Radio Canada*. August 13, 2019. Pourquoi le suicide de Jeffrey Epstein est plausible. https://ici.radio-canada.ca/nouvelle/1257857/mort-jeffrey-epstein-centre-detention-suicide

*BBC OS*. August 12, 2019. Jeffrey Epstein: How conspiracy theories spread following his death. https://www.bbc.co.uk/sounds/play/w172wrvnv8xjyml

*Savage Nation*. August 12, 2019. Epstein Suicide. https://michaelsavage.com/guest-today-christine-tartaro-prof-of-criminal-justice-on-epstein-suicide/

*KPCC Los Angeles (NPR Affiliate)*. August 12, 2019. Air Talk with Larry Mantle. Topic: Jeffrey Epstein suicide raises question, conspiracies. https://www.scpr.org/programs/airtalk/2019/08/12/64773/jeffrey-epstein-suicide-raises-questions-conspirac/

*CBS3 Philly*. Stockton CSI Camp. July 31, 2017. https://www.youtube.com/watch?v=s4oUTtkDBAk&feature=youtu.be

*SNJ Today News*. Teens investigate criminal justice at Stockton CSI Camp. July 24, 2017. http://www.snjtoday.com/story/35957725/teens-investigate-criminal-justice-at-stockton-csi-camp

*TMZ Behind the Bar*. Aired 4/27/2017. UnPatriotic – The strange timing and lasting damage of Aaron Hernandez's death description. http://www.ivoox.com/en/podcast-tmz-behind-the-bar_sq_f1329970_1.html

*CBS Philly*. Aired July 1, 2016. CSI Summer Camp? Real World of Criminal Investigation in South Jersey.

*NJTV News*. Aired July 15, 2014: Topic: Stockton CSI Camp.

*Comcast Newsmakers*. Aired May 2014. Topic: Stockton CSI Camp.

*Oregon Public Broadcasting*. Aired July 23, 2012. Topic: Jail Suicide

*Comcast Newsmakers*. Aired May 2011. Topic: Stockton CSI Camp.

*Seoul Broadcasting System News*. Aired August 14, 2010. Topic Stockton's CSI Summer Camps.

*NBC Today Show*. Aired August 13, 2010. Topic: Stockton's CSI Summer Camps.

*NJN News*. Aired July 22, 2009. Topic: Stockton's CSI Summer Camps.

*NBC-40*. Aired July 7, 2009. Topic: Stockton's CSI Summer Camps.

*NBC-40*. Aired July 9, 2008. Topic: Stockton's CSI Summer Camps.

*NBC-40*. Aired May 9, 2007. Topic: Stockton's Homeland Security Track.

*Comcast Newsmakers.* Aired March 2006. Topic: New Master's Program in Criminal Justice at Stockton.

**NEWSPAPER/MAGAZINE/WEBSITE INTERVIEWS AND CONTRIBUTIONS**

*NBC News.* September 20, 2022. Hundreds of prison and jail deaths go uncounted by the federal government, report finds. https://www.nbcnews.com/politics/politics-news/hundreds-prison-jail-deaths-go-uncounted-federal-government-report-fin-rcna47954

*LEO Weekly*. July 19, 2022. Inside the missteps at Louisville's jail: A missed transfer, an ignored inmate and a late investigation. https://www.leoweekly.com/2022/07/inside-the-missteps-at-louisvilles-jail-a-missed-transfer-an-ignored-inmate-and-a-late-investigation/

*Side Effects.* January 10, 2022. In some prisons, people on suicide watch are monitored by peers, not professionals. https://www.sideeffectspublicmedia.org/access-to-care/2022-01-10/indiana-prisons-suicide-watch-peers

*The U.S. Sun.* December 31, 2021. Ghislaine Maxwell won't be allowed shirt, pants, bedsheets if put on suicide watch. https://meaww.com/ghislaine-maxwell-will-not-allowed-shirts-pants-and-bedsheets-maybe-removed-suicide-watch

*Press of Atlantic City* December 24, 2021. Benefits clearer as Atlantic central court nears. https://pressofatlanticcity.com/news/our-view-benefits-clearer-as-atlantic-central-court-nears/article_3ed4be76-629e-11ec-ba4a-537353f51638.html

*Press of Atlantic City* November 29, 2021. Atlantic County central court proponents promote ability to connect defendants with social services. https://pressofatlanticcity.com/news/local/atlantic-county-central-court-proponents-promote-ability-to-connect-defendants-with-social-services/article_8de80006-4d75-11ec-9084-cf68ced6e3c6.html

*Des Moines Register.* November 11, 2021. Lawsuit: Polk County jail took no precautions after 2019 suicide attempt, allowed inmate to try again three days later.

South Jersey Local News. August 17, 2021. Stockton CSI Camp celebrates 15 years of solving murders with a "double homicide". https://www.southjerseylocalnews.com/lifestyle/stockton-csi-camp-celebrates-15-years-of-solving-murders-with-a-double-homicide/article_1a0b8668-ff9a-11eb-be6f-cf5e62e19640.html

*Bergen Record.* July 1, 2021. 'These officers beat me up': video show alleged abuse inside NJ women's prison. https://www.northjersey.com/story/news/new-jersey/2021/07/01/nj-prison-abuse-edna-mahan-corrections-women-video/7829610002/

*Press of Atlantic City.* November 14, 2020. AC Police, JFS partner on addiction, homeless program. https://pressofatlanticcity.com/news/local/atlantic-city-police-jewish-family-service-partner-on-

addiction-homeless-program/article_9fb19cdf-2138-5dec-aa73-8e7f1bdce84c.html?fbclid=IwAR15wTflW1E-Ts_lG0dlrgPoAH-mdN77-5Xq1AO7HnUW2no2AoxPc115GVQ

*FiveThirtyEight.* June 3, 2020. Jails are coronavirus hotbeds. How many people should be released to slow the spread? https://fivethirtyeight.com/features/jails-are-coronavirus-hotbeds-how-many-people-should-be-released-to-slow-the-spread/

*Star Ledger.* May 13, 2020. Coronavirus has killed dozens in state prisons. How N.J. failed to stop it. https://www.nj.com/coronavirus/2020/05/coronavirus-has-killed-dozens-in-state-prisons-how-nj-failed-to-stop-it.html

*Star Ledger.* May 2, 2020. NJ prisons have highest coronavirus death rate in the nation, new study shows. https://www.nj.com/coronavirus/2020/05/nj-prisons-have-highest-coronavirus-death-rate-in-the-nation-new-study-shows.html

*Star Ledger.* April 19, 2020. Sick N.J. corrections officer had to get coronavirus test on his own. Why aren't prisons testing more? https://www.nj.com/coronavirus/2020/04/sick-nj-prison-guard-had-to-get-coronavirus-test-on-his-own-why-arent-prisons-testing-more.html

*Philadelphia Inquirer.* February 20, 2020. Pennsylvania prison suicides are at an all-time high. Families blame 'reprehensible' mental-health care. https://www.inquirer.com/news/graterford-prison-suicide-pennsylvania-lawsuits-correct-care-solutions-mhm-20200220.html

*Courthouse News.* February 6, 2020. Feds launch investigation in to troubled Mississippi prisons. https://www.courthousenews.com/feds-launch-investigation-into-troubled-mississippi-prisons/

*The Hill*. November 17, 2019 (op-ed). To understand death behind bars, we need more information. https://thehill.com/blogs/congress-blog/politics/470844-to-understand-death-behind-bars-we-need-more-information?fbclid=IwAR0mp0QfE0OTLmcVfpX8VPqxqCwOchB4B-pz7mMB4SX1ouSsf6EidpqaOnA#.Xgl3YT9g1zc.facebook

*Mother Jones.* August 20, 2019. Jeffrey Epstein's death still feels unbelievable. According to an expert, it isn't. https://www.motherjones.com/politics/2019/08/jeffrey-epstein-suicide-explanation-christine-tartaro/

*Vox.* August 14, 2019. Jeffrey Epstein's death and America's jail suicide problem. https://www.vox.com/2019/8/14/20802292/jeffrey-epstein-suicide-jail-problem

*New York Daily News.* August 11, 2019. Despite conspiracy theories, it's common for inmates to die by suicide in jail. https://www.nydailynews.com/news/national/ny-jail-suicides-common-20190811-qnpwkcevxjentf4y3vi47iiqfy-story.html?fbclid=IwAR1NI3lCz5mVXan1EJJGZy6pz_NufMc_2LVHroPSFsKXqQO4hfXikeVifY0

*New York Daily News.* August 11, 2019. Epstein suicide perfect storm of bad prison practices, poor staffing, bad medical call: reports, experts. https://www.nydailynews.com/news/national/ny-epstein-meals-off-floor-20190811-7th32v3wljdulcjablm7qxm6ke-story.html?fbclid=IwAR174v2ywJ_syWH_-_Wutzto29UMAbmxclVYRDEVj60Fe37jlwZK6claykQ

*New York Magazine.* August 10, 2019. Everything we know about Jeffrey Epstein's death. http://nymag.com/intelligencer/2019/08/jeffrey-epstein-dies-by-suicide-report.html?fbclid=IwAR0wPgKQdBtsCkrZK8PHUExAVevH3n7m9k9ju6TcxtL8I7kBHHwA36UTa4k

*Miami Herald.* August 10, 2019. What is suicide watch? Inmates have found ways around it. https://www.miamiherald.com/news/nation-world/national/article233743337.html

*Miami Herald.* August 10, 2019. How was Jeffrey Epstein able to kill himself so soon after earlier reported incident?https://www.miamiherald.com/news/state/florida/article233747127.html?fbclid=IwAR20AklrPWoV0xuU4FjVyH_k1l87yZhrv-IkizpT2TvSTksN84EXV7ZUivI

*USA Today.* August 10, 2019. Despite warning signs, why wasn't Jeffrey Epstein on suicide watch? https://www.usatoday.com/story/news/nation/2019/08/10/jeffrey-epstein-suicide-watch-when-he-died-how-safeguards-arent-foolproof/1975631001/?fbclid=IwAR2exNjFzDM6NDuh4ibmC05G471ycsb8NsXyGaC38j-eiO1Glx8Q-nROMvI

*The Associated Press.* June 18, 2019. AP investigation: many U.S. jails fail to stop inmate suicides. https://apnews.com/5a61d556a0a14251bafbeff1c26d5f15?fbclid=IwAR2tFEEPOtNXoRNHTFiyTXwsLESExX8fRoTgCA8Nu-SkRbXeQlMZOfuizIk

*The Appeal.* May 21, 2019. New York prisons offer 'tough love' boot camp programs. But prisoners say they're 'torture' and 'hell.' https://theappeal.org/new-york-prisons-offer-tough-love-boot-camp-programs-but-prisoners-say-theyre-torture-and-hell/

*Daily Nation.* September 8, 2018. Leading causes of death among inmates. https://www.nation.co.ke/news/Leading-causes-of-deaths-among-inmates/1056-4749298-pimp0wz/index.html

*The Kansas City Star.* September 6, 2018. 'Unprecedented' riot, lockdown leave scars as Missouri prison struggles to recover. *https://www.kansascity.com/news/politics-government/article217850820.html*

*The London Free Press.* February 23, 2018. Special report: London, Windsor jailhouse reality check. http://www.lfpress.com/2018/02/23/special-report-london-windsor-jailhouse-reality-check

*Voice of San Diego*. February 23, 2018. County lets reporter off hook but challenges her '60 dead inmates' series. https://www.voiceofsandiego.org/topics/public-safety/county-lets-reporter-off-hook-but-still-challenges-her-60-dead-inmates-series/

*Press of Atlantic City.* February 9, 2018. Kauffman suicide follows nationwide trend in jails, prisons. http://www.pressofatlanticcity.com/news/crime/kauffman/kauffman-suicide-follows-nationwide-trend-in-jails-prisons/article_d9fc7b80-3203-580c-bd79-b2267b3df1e0.html

*Press of Atlantic City.* January 26, 2018. James Kaufmann found dead in 'carefully planned' apparent suicide, sources say. http://www.pressofatlanticcity.com/news/crime/kauffman/james-kauffman-found-dead-in-carefully-planned-apparent-suicide-sources/article_90a10eab-356e-5d88-8b91-94638231f244.html

*Philadelphia Inquirer.* October 2, 2017. At the Cumberland County Jail, inmate suicides are 'off the charts'.

http://www.philly.com/philly/news/new_jersey/at-the-cumberland-county-jail-inmate-suicides-are-off-the-charts-20171002.html

*Philly Voice.* August 31, 2017. For mother of adult addict, a life dragged down by drugs. http://www.phillyvoice.com/for-mother-of-adult-addict-a-life-dragged-down-by-drugs/

*Philly Voice*. July 19, 2017. Summer camp for teens Puts CSI careers under a microscope. http://www.phillyvoice.com/summer-camp-for-teens-puts-csi-careers-under-a-microscope/

*Newsworks.* May 3, 2017. N.J. murder rate jumped in 2015, but violent crime decreased marginally. http://www.newsworks.org/index.php/local/new-jersey/103571-nj-murder-rate-jumped-in-2015-but-violent-crime-decreased-marginally

*Newsweek.* April 20, 2017. Hernandez's death shines light on larger problem of prison suicide. http://www.newsweek.com/aaron-hernandez-death-prison-suicides-586285

*CNN.* April 20, 2017. How prisons keep their suicidal inmates on watch http://www.cnn.com/2017/04/19/health/suicide-watch-prevention/index.html

*The Press of Atlantic City*. July 12, 2016. STEM camps mix science with summer vacation. http://www.pressofatlanticcity.com/education/stem-camps-mix-science-with-summer-vacation/article_bf86f51e-4870-11e6-858e-4f6dbd427415.html

Forked River Gazette. June 28, 2016. High school students solve murder mysteries at three summer camps at Stockton University. http://www.forkedrivergazette.com/high-school-students-solve-murder-mysteries-three-summer-camps/

*The Wall Street Journal.* July 23, 2015. Sandra Bland case in Texas renews scrutiny of jail suicide cases. http://www.wsj.com/articles/sandra-bland-case-in-texas-renews-scrutiny-of-jail-suicides-1437690298

*The Press of Atlantic City.* June 4, 2015. Event drives girls to pursue careers in math, science, technology. http://www.pressofatlanticcity.com/education/event-drives-girls-to-pursue-careers-in-math-science-technology/article_f4f8d258-0af0-11e5-b5fd-4780af40a1d0.html

*The Newark Star Ledger.* May 20, 2015. Accused of murder, man blinds himself in jail. Why that may now be New Jersey's problem. http://www.nj.com/news/index.ssf/2015/05/could_new_jersey_be_held_responsible_for_alleged_m.html

*The Press of Atlantic City.* July 14, 2014. Stockton CSI Camp offers lessons in investigating, prosecuting crimes. http://www.pressofatlanticcity.com/education/stockton-csi-camp-offers-lessons-in-investigating-prosecuting-crimes/article_ec413ebc-0ba9-11e4-a299-001a4bcf887a.html?mode=story

*The Daily Journal.* November 25, 2013. VHS students uncover crime scene investigation tips. http://www.thedailyjournal.com/article/20131203/LOCAL05/312030001/VHS-students-uncover-crime-scene-investigation-tips

*The New Orleans Advocate*. September 2, 2013. Tammany jailhouse hanging victim didn't tell screeners she was suicidal. http://theneworleansadvocate.com/news/sttammany/6912192-171/tammany-jailhouse-hanging-victim-didnt

*The Press of Atlantic City.* September 13, 2010. Crime's on decline in much of region but violence rises in Atlantic City from 2008 to 2009.

*Wall Street Journal.* August 3, 2010. Hit TV shows spawn summer camps for couch potatoes. *https://www.wsj.com/articles/SB10001424052748703700904575390943270814702*

*ProPublica.* March 29, 2010.Small County Jail in New York has big problem with suicides. https://www.propublica.org/article/small-erie-county-jail-has-big-problem-with-suicides

*Mother Jones*. March 29, 2010. Small County Jail in New York has big problem with suicides. Reprinted from *ProPublica. https://www.motherjones.com/politics/2010/03/jails-suicide/*

*The Philadelphia Inquirer.* March 11, 2008. August 13, 2008. Camp Whatever you Wish.

*The Times-Picayune.* March 12, 2008. City's jail complex needs overhaul, sheriff says. https://www.nola.com/news/article_232977fb-0b82-5e27-8b4d-c79281432bb0.html

*Newark Star Ledger.* February 3, 2008. Criminal Justice in the Classroom.

## WORK IN PROGRESS

**Tartaro, C.**, Sahin, N. & Onat, I. *A spatial analysis of mental health-related calls for service and police calls for service in Atlantic City, New Jersey.* Under review for Policing: An International Journal.

**Tartaro, C.** & Alas, E. *Elements of state and federal prison suicide prevention and response policies.* Under review for Criminal Justice Policy Review.

## EXTERNAL PROGRAM REVIEW CONSULTING/TRAINING

| | |
|---|---|
| Eastern University, Department of Criminal Justice | 5/2023 |
| Trainer for the ACJS Academic Program Reviewers | 3/2023 |
| West Chester University, Department of Criminal Justice | 1/2020 |
| Mercy College, Department of Criminal Justice | 12/2019 |
| Endicott College, Department of Criminal Justice | 5/2019 |
| Marist College, Department of Criminal Justice | 4/2018 |
| Prairie View A&M, Departments of Criminal Justice and Juvenile Justice | 4/2018 |
| Kutztown University, Department of Criminal Justice | 3/2016 |
| University of Maryland Eastern Shore, Department of Criminal Justice | 6/2015 |
| University of West Florida, Department of Criminal Justice | 3/2015 |
| Academy of Criminal Justice Sciences Program Review Site Visit – BA Program | 3/2015 |
| Completed Academy of Criminal Justice Sciences Program Certification Re-Training | 5/2015 |
| Mercy College, Department of Criminal Justice | 11/2014 |
| Arcadia University, Dept. of Sociology, Anthropology, and Criminal Justice | 10/2014 |
| Completed Academy of Criminal Justice Sciences Program Certification Training | 3/2014 |

## DISSERTATION RESEARCH

Tartaro, C. (2000). *The Impact of Facility Design and Supervision Strategies on Jail Violence.* Ann Arbor, MI: University Microfilms International.

## UNIVERSITY SERVICE

| | |
|---|---|
| Master of Arts in Criminal Justice, Program Director (now chair) | 5/05 – 8/10, 12/10 – 8/18; 9/21 – present |
| Faculty Senate Taskforce on University-Owned Vehicles | 11/20 – Fall 2021 |
| Honors Program Curriculum Committee | 9/17 – present |
| Stockton CSI Camp (co-director) | 1/07 – present |
| Alpha Phi Sigma Criminal Justice Honor Society (co-advisor) | 1/17 – present |
| Faculty Senate (at-large member) | 9/09 – 8/11; 9/16 – present |
| Research and Professional Development Committee | 9/18 – 5/20 |
| Honors Program Admissions Committee | Spring 2018 |
| University Strategic Planning Steering Committee | Spring 2018 – fall 2018 |
| Master of Arts in Criminal Justice Admissions Committee | 5/05 – present |
| Master of Arts in Criminal Justice Awards Committee (chair) | 9/18 – 8/19; 9/21 – present |
| Master of Arts in Criminal Justice Distributed Ed. Committee (chair) | 3/11- present |
| Master of Arts in Criminal Justice Publicity/website committee | 9/13 – 5/14 |
| University Protection of Minors Committee | Spring 2017 – spring 2018 |
| University-wide Assessment Committee | 9/01 – 1/05; 12/08 – 5/17 |
| Criminal Justice Program Adjunct Oversight Committee | 9/09 – 9/16 |
| MA Program Self-Study (author) | Fall 2015 |
| Stockton Institute for the Peer Evaluation of Teaching | Summer 2013 |
| University Status Taskforce (co-chair) | 9/12 – 12/13 |
| Academic Honesty Board | 9/08 – 12/13 |
| Search Team – Assistant Director of Marketing – Grad. Office | 5/09 – 8/09 |
| Community Emergency Response Team (C.E.R.T.) | 3/06 – present |
| Middle States Re-Accreditation Working group | 5/10 – 12/10 |
| Middle States Re-Accreditation Outreach Sub-Committee | Summer 2001 |
| Academic Policy Committee | 9/03 – 8/05 |
| Faculty Review Committee (alternate rep.) | 9/13 – 1/15 |
| Faculty Review Committee member | spring 2015 |
| Undergraduate Program Self-Study (author) | 9/05 – 7/05; 9/11-7/12 |
| Distributed Education Task Force (sub-committee chair) | 3/06 – 12/07 |
| MA Program Application to Department of Higher Ed. (author) | 11/04 – 3/05 |
| Stockton-New York Times Odyssey Project | 2/03 – 12/04 |
| Grades and Standing Committee | 9/02 – 8/05 |
| Graduation Ad-hoc Committee | 9/00 – 5/01; 9/04 – 12/04 |
| Campus Hearing Board | 9/01 – 5/03 |
| Equestrian Club Advisor | 9/02 – 5/05 |
| South Jersey Initiative | 3/03 – 5/05 |

## SERVICE TO THE COMMUNITY

| | |
|---|---|
| Atlantic County Crisis Intervention Training Steering Committee | Spring 2018; Spring 2019 - present |
| Participant Recruitment Committee | Summer 2021 – present |
| Content/Research/Data Committee | Summer 2021 - present |
| Atlantic County Jail Research Consultant (volunteer) | 2006 - present |
| Atlantic County Criminal Justice Advisory Board | 2006 - present |
| Atlantic Cape Community College Criminal Justice Program Advisory Board | Spring 2015 – Spring 2021 |
| Penny Angel's Beagle Rescue Volunteer | 2002 – present |
| Cape Atlantic Cats Volunteer | Winter 2014 – April 2020 |
| Parole-Community Partnerships Task Force | 2004 |

| | |
|---|---|
| Jewish Family Services Research Consultant (volunteer) | 2009 - 2013 |
| Humane Society of Atlantic County Volunteer | 2000 - 2004 |

**SERVICE TO NATIONAL/REGIONAL ORGANIZATIONS**

| | |
|---|---|
| Northeastern Academy of Criminal Justice Sciences | |
| Immediate Past President | June 2022 – June 2023 |
| President | June 2021 – June 2022 |
| 1st Vice President | July 2020 – June 2021 |
| 2nd Vice President | June 2020 |
| Ad-hoc Certification Committee Chair | Spring 2019 – June 2021; March 2022 – June 3023 |
| Conference Committee Chair | Spring 2020 – June 2021 |
| Membership Committee Chair | June 2022 - present |
| Policies and Procedures Committee Chair | June 2023 - present |
| Academy of Criminal Justice Sciences Program Committee | Spring 2010 – Spring 2012<br>Spring 2016 – Spring 2017<br>Spring 2019 – Spring 2020<br>Spring 2023 - present |
| Academy of Criminal Justice Sciences Assessment Committee | Spring 2013 – Spring 2015<br>Spring 2019 0 Spring 2020 |
| Academy of Criminal Justice Sciences Academic Review Committee | Spring 2016 – Spring 2019; Spring 2020 – present |
| Deputy Chair | Spring 2023 - present |
| Vice Chair | Spring 2023 – present |
| Academy of Criminal Justice Sciences Ethics Committee | Spring 2015 – Spring 2018 |
| Committee Chair | Spring 2017 – Spring 2018 |
| American Society of Criminology | |
| Division of Corrections & Sentencing Program Committee (chair) | Spring 2010 – Fall 2017 |
| Institute for Professional Certification and Accreditation (IPCA) | |
| Assessment Chair | June 2016 – April 2017 |
| Academy of Criminal Justice Sciences Publications Committee | Spring 2009 – Spring 2010 |
| American Society of Criminology | |
| Division of Corrections & Sentencing Outreach Committee | Fall 2008 – Fall 2009 |

**PROFESSIONAL REVIEWER**

Anderson Publishing
Oxford University Press
Rowman & Littlefield
Sage Publications
Wolters Kluwer
McGraw-Hill Publishing Company
Prentice Hall Publishing Company
Routledge Publishing
Taylor & Francis

**PEER REVIEWER**

American Journal of Criminal Justice
Contemporary Justice Review
Criminal Justice Policy Review
Health and Justice
Journal of Criminal Justice
Clinical Psychology: Science and Practice
Corrections: Policy, Practice, and Research
Criminal Justice Review
Int. Journal of Offender Therapy and Comp. Criminology
Journal of Multi-Criteria Decision Analysis

The Journal of Primary Prevention
The Prison Journal
Rural Sociology
Suicide and Life-Threatening Behavior
Justice Quarterly
Race and Justice
Security Journal

**THESIS COMMITTEE CHAIR**

Exploring the possible correlation of coercive fantasy and behavior – Hayley Leiva, April 2016

Public Opinion Toward Ex-Offender Restrictions. – Carly Miller, August 2011

Shared Psychotic Disorder and Cases of Sexually Sadistic Tandem Serial Killers: A Comprehensive Comparison – Lisen Lecklikner, November 2010

Biopsychosocial Differentiation between Sexual and Non-sexual Serial Killers – Jill Drew, April 2010

Understanding Autoerotic Asphyxiation and the Complexity Behind the Fatality Scene – Joseph Haber, April 2009

Head injuries in Serial Killers, Mass Murderers, and Spree Killers – Kathleen Boyle, March 2009

Developmental Typologies of Rapists – Amanda Steiger, March 2008

**OTHER RELEVANT EMPLOYMENT**

**Juvenile Justice Commission**
**Trenton, New Jersey**

*Research Consultant* (Summer 2002 – Spring 2006)
Documented the initial stages of curriculum development and drafted a proposal for a process and outcome evaluation of the Youth Gang Prevention and Intervention Project. Conducted process and outcome evaluation of the pilot project and a process evaluation of the program at an additional site. Provided recommendations to improve the program's effectiveness.

*Research Consultant* (Spring 2001 – Summer 2001)
Responsible for conducting a process and outcome evaluation of The Parenting and Child Nurturing Development Program at the Juvenile Medium Security Facility (Bordentown, New Jersey). Attended parenting and reading class sessions. Interviewed participants and staff members. Drafted report.

*Research Assistant* (Spring 1998)
Responsibilities included assisting in creating a risk assessment scale. Coded students' files and conducted face-to-face interviews with residents of the New Jersey Training School for Boys (Jamesburg, New Jersey)

**New Jersey Department of Corrections**
**Division of Parole and Community Programs - Trenton, New Jersey**

*Research Scientist II* (Spring 1999 – Summer 2000)
Responsible for conducting outcome evaluations of the state's residential community release programs (halfway houses). Drafted survey instruments, conducted face-to-face interviews with prison inmates,

analyzed data, drafted reports. Coordinated the development of performance measures for the Office of Community Programs.

**Police Foundation**
**Center for Crime Prevention Studies - Rutgers University**

*Research Associate, Bringing the Victim into Community Policing Project* (Summer 1999–Fall 1999)
Responsible for training interviewers, monitoring survey research and overseeing data entry.

*Field Researcher, Jersey City Displacement Project* (Fall 1998-Spring 1999)
Responsibilities included drafting survey instruments, conducting place manager interviews, interviews with drug and prostitution arrestees, telephone victimization interviews and conducted social observations and physical observations. Supervised and trained telephone interviewers and social observers.

**Rutgers University**
**Newark, New Jersey**

*Instructor* (Fall 1999 – Spring 2000)
Taught Corrections and Violence in Correctional Facilities

*Research Assistant* (Fall 1999)
Responsible for updating statistics and other information in *Criminology* by Freda Adler, Gerhard Mueller and William S. Lauffer.

*Research Assistant* (Spring 1998- Spring 1999)
Researched jail suicides and situational crime prevention under the supervision of Marcus Felson.

*Librarian's Assistant* (Spring 1998)
Provided technical assistance to students for a bank of library computers
Performed data entry functions for the Criminal Justice Abstracts

*Graduate Assistant* (1996-1997)
Library support

**HONORS/AWARDS**

Northeastern Academy of Criminal Justice Sciences
- Outstanding Leadership Award - 2021

Crime and Justice Research Alliance - 2018
- Recognition as expert in fields of Corrections and Criminal Justice Education

Rutgers University
- Outstanding Graduate Student Award – Spring 1999
- Graduate Scholars Award, Fall 1996 - Spring 1998, Spring 1999
- Excellence Fellowship Co-recipient, Spring 1998
- Criminal Justice Fellowship, Fall 1996

The College of New Jersey
- Phi Alpha Theta Honor Society for Historians –1995

- Order of Omega Honor Society for Fraternity and Sorority members – 1995
- Harleysville Insurance Company Scholarship –1992 - 1996

**PROFESSIONAL AFFILIATIONS**

Academy of Criminal Justice Sciences (life member)
- Corrections Section

American Jail Association (life member)
American Society of Criminology
- Division of Corrections and Sentencing

Northeastern Academy of Criminal Justice Sciences (life member)

**TRAININGS/CERTIFICATIONS**

Academy of Criminal Justice Sciences Academic Program Reviewer – March 2014
Accessibility: Designing and Teaching Courses for All Learners – June 2016
Mental Health First Aid – June 2021
QPR (Question, Persuade, Refer) – May 2023